

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. PD-0093-25 & PD-0094-25

### THE STATE OF TEXAS

**v.**

### CHRISTOPHER TYE COLEMAN, Appellee

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS MADISON COUNTY

**SCHENCK, P.J.,** filed a concurring opinion

## CONCURRING OPINION

While I join the majority, I write separately to voice my agreement with

Judge Newell that this Court in the right case should reconsider its construction of

Article 38.23. Dissenting Op. at 9-10 (Newell, J., dissenting). Our precedent appears to be at odds with the plain language of the statute.

Filed:  January 29, 2026

Publish